Michael R. Lozeau (State Bar No. 142893)
Douglas J. Chermak (State Bar No. 233382)
E-mail: michael@lozeaudrury.com
       doug@lozeaudrury.com
LOZEAU DRURY LLP
410 12th Street, Suite 250
Oakland, CA 94607
Tel: (510) 836-4200
Fax: (510) 836-4205 (fax)

Attorneys for Plaintiff
LOS ANGELES WATERKEEPER

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LOS ANGELES WATERKEEPER, a non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>USA WASTE OF CALIFORNIA, INC., a corporation,<br><br>Defendant. | Case No. 2:17-cv-01646-CAS-KS<br><br>REQUEST FOR ENTRY OF CONSENT DECREE<br><br>Honorable Judge Christina A. Snyder |

On November 9, 2017, the Court issued an Order pursuant to the parties' stipulation staying this case until December 18, 2017, in order to allow sufficient time for the United States Department of Justice and the United States Environmental Protection Agency their mandated 45-days to review the [Proposed] Consent Decree entered into by the parties on October 23, 2017. *See* 33 U.S.C. § 1365(c); 40 C.F.R. § 135.5. On December 18, 2017, the Department of Justice filed a letter with the Court indicating that the federal agencies had no objection to entry of the [Proposed] Consent Decree. Accordingly, the Parties hereby respectfully request that the Court

1  enter the [Proposed] Consent Decree filed with the Court contemporaneously with
2  this request.
3
4  Respectfully submitted,
5
6  Dated:  December 18, 2017          LOZEAU DRURY LLP
7
                                      /s/ *Douglas J. Chermak*
8                                     Douglas J. Chermak
                                      *Attorneys for Plaintiff* LOS ANGELES
9                                     WATERKEEPER
10
11
12 Dated:  December 18, 2017          BICK LAW LLP
13
                                      /s/ *Alan Bick*
14                                    (as authorized on 12/18/17)
15                                    Alan Bick
                                      *Attorneys for Defendant* USA WASTE OF
16                                    CALIFORNIA, INC.
17
18
19
20
21
22
23
24
25
26
27
28